IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

H.H, a minor, by and through
her mother and next friend, H.F.,
and H.F.,
                   Plaintiffs,

v.                                       Civil Action No. 3:07CV223

CHESTERFIELD COUNTY SCHOOL BOARD, et al.,

                   Defendants.

MOTION TO DISMISS OF DEFENDANTS
CHESTERFIELD COUNTY SCHOOL BOARD
AND DR. MARCUS J. NEWSOME, SUPERINTENDENT

Defendants Chesterfield County School Board ("School Board") and Dr. Marcus J. Newsome, Superintendent of Chesterfield County Public Schools ("Dr. Newsome"), by counsel, pursuant to Fed. R. Civ. P. 12(b)(6), move for dismissal of Dr. Newsome from this action and for dismissal of Counts IV, V, and VI against the School Board. The movants rely on the accompanying Memorandum in Support of this Motion.

WHEREFORE, Defendants Chesterfield County School Board and Dr. Marcus J. Newsome, Superintendent, request that this Court enter an Order granting their Motion to Dismiss, dismissing Dr. Newsome from this action in total, dismissing Counts IV, V, and VI against the School Board and awarding such other relief as the Court may deem appropriate.

                   Respectfully submitted,

                   CHESTERFIELD COUNTY SCHOOL BOARD
                   and DR. MARCUS J. NEWSOME, SUPERINTENDENT
                   By Counsel

- 2 -

<div style="margin-left:2em;">

_____/s/_____
Stacy L. Haney, Esquire
VSB No. 71054
REED SMITH LLP
Riverfront Plaza, West Tower
901 East Byrd Street, Suite 1700
Richmond, VA 23219
Telephone: (804) 344-3400
Fax: (804) 344-3410
shaney@reedsmith.com
    *Counsel for Chesterfield County School Board*
    *and Dr. Marcus J. Newsome, Superintendent*

</div>

**CERTIFICATE OF SERVICE**

      I certify that on the 28th day of August, 2007, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Steven C. Piepgrass, Esquire
TROUTMAN SANDERS LLP
1001 Haxall Point
P.O. Box 1122
Richmond, Virginia 23219
stephen.piepgrass@troutmansanders.com
      *Counsel for Plaintiffs*

Steven L. Micas, Esquire
Chesterfield County Attorney's Office
P.O. Box 40
Chesterfield, Virginia 23832
micass@chesterfield.gov
      *Counsel for Wanda Moffett and Ann Minguzzi*

And I hereby certify that I will mail the document by U.S. mail to the following non-filing users:

William H. Hurd, Esquire
Stephen A. Northup, Esquire
Siran S. Faulders, Esquire
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
      *Counsel for Plaintiffs*

      /s/
Stacy L. Haney, Esquire
VSB No. 71054
REED SMITH LLP
Riverfront Plaza, West Tower
901 East Byrd Street, Suite 1700
Richmond, VA 23219
Telephone: (804) 344-3400
Fax: (804) 344-3410
shaney@reedsmith.com
      *Counsel for Chesterfield County School Board*
      *and Dr. Marcus J. Newsome, Superintendent*