IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| H.H., *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action Number 3:07cv223 |
| CHESTERFIELD COUNTY SCHOOL BOARD, *et al.*, | |
| Defendants. | |

## **ORDER**

This matter is before the Court on defendants' motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(6), defendants' motions for summary judgment, and defendants' motion for protective order, and on plaintiffs' motion for continuance under Fed.R.Civ.P. 56(f) and second motion to continue under Rule 56(f). For the reasons stated in the accompanying Memorandum Opinion, defendants' motion to dismiss Marcus J. Newsome from the action is GRANTED. Defendants' motion to dismiss Count IV against Chesterfield County School Board is DENIED. Defendants' motion to dismiss Counts V and VI against Chesterfield County School Board is GRANTED. Defendants' motions for summary judgment are HELD IN ABEYANCE until plaintiffs have completed discovery. Defendants' motion for protective order is DENIED. Plaintiffs' motions for continuance under Rule 56(f) are GRANTED.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

<u>November 29, 2007</u>                                      /s/
DATE                                RICHARD L. WILLIAMS
                                    SENIOR UNITED STATES DISTRICT JUDGE