

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

H.H., a minor, by and through her mother and next friend, H.F., and H.F.,

Plaintiffs,

v.

Civil Action Number
3:07CV223

CHESTERFIELD COUNTY SCHOOL BOARD, et al.,

Defendants.

### ORDER

In view of the settlement reached by the parties and the parties' proposed consent dismissal order, the motions for summary judgment (Docket Nos. 16 & 42) are DENIED as MOOT, the parties having agreed that summary judgment shall be granted in favor of the defendants with respect to Counts VI, V, and VI, and that Counts I, II, and III shall be dismissed as having been settled.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

July 12, 2010          /s/                    REP
DATE                ROBERT E. PAYNE
                    SENIOR UNITED STATES DISTRICT JUDGE